## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 14-cv-2028-JTM-KMH ) |
| BOILER ERECTION AND REPAIR COMPANY, INC., | ) ) ) |
| Defendant. | ) ) ) |

## ORDER OF DEFAULT JUDGMENT

Upon Plaintiffs' Motion for Default Judgment, this Court finds that Defendant Boiler Erection and Repair Company, Inc. is in Default and entry of Default Judgment is proper pursuant to Federal Rules of Civil Procedure 55.

IT IS HEREBY ORDERED that default judgment is entered against Defendant Boiler Erection and Repair Company, Inc. and in favor of all the plaintiffs in the amount of Twenty-One Thousand Four Hundred Eighty-Five and 72/100 ($21,485.72).

IT IS SO ORDERED this 14th day of April, 2014.

                                                s/ J. Thomas Marten
                                                J. Thomas Marten
                                                United States District Judge